UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CARLOS CARBAJAL, ) | CASE NO. ED CV 08-1332-CAS (PJW) |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| JOHN DOVEY, DIRECTOR OF CDCR, ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _December 17, 2010_.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\CARBAJAL, C 1332\Judgment.wpd